# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

      Plaintiff,

   v.                          Civ. No. 1:24-cv-305

KYOCERA AVX COMPONENTS CORPORATION,

      Defendant.

## NOTICE OF LODGING OF CONSENT DECREE

PLEASE TAKE NOTICE that the United States is lodging a proposed Consent Decree with the Court. The proposed Consent Decree provides for the defendant to perform a cleanup action and to reimburse the U.S. Environmental Protection Agency for response costs in connection with the Olean Wellfield Superfund Site, in Olean, New York, under sections 106 and 107 of the Comprehensive Environmental Response, Compensation, and Liability Act, 42 U.S.C. § 9601 *et seq*.

In accordance with 28 C.F.R. § 50.7, the United States must publish a notice in the Federal Register that the Consent Decree has been lodged with the Court. For a period of 30 days from the date of such publication, the public has an opportunity to submit comments relating to the proposed Consent Decree. After the close of the public comment period, the United States will evaluate any comments received and will move for entry of the Consent Decree, unless the comments disclose facts or considerations which indicate that the proposed Consent Decree is inappropriate, improper, or inadequate. Accordingly, the United States requests that the Court

take no action on the proposed Consent Decree until the United States notifies the Court that it supports entry of the Consent Decree after expiration of the public comment period.

                Respectfully submitted,

                */s/ Mark Gallagher*
                Mark Gallagher
                U.S. Department of Justice
                Environment and Natural Resources Division
                Environmental Enforcement Section
                Washington, D.C. 20044-7611
                (202) 514-5405
                mark.gallagher@usdoj.gov

OF COUNSEL

Sharon Kivowitz
Assistant Regional Counsel
U.S. Environmental Protection Agency Region 2
290 Broadway
New York, New York 10007

**CERTIFICATE OF SERVICE**

      I, Mark Gallagher, hereby certify that on April 1, 2024, I sent the foregoing via email to the following representative of the defendant in this matter:

>Steve Weber
>Parker Poe Adams & Bernstein LLP
>620 South Tryon Street, Suite 800
>Charlotte, North Carolina 28202
>steveweber@parkerpoe.com

>   */s/ Mark Gallagher*
>Mark Gallagher
>U.S. Department of Justice
>Washington, D.C. 20044-7611
>mark.gallagher@usdoj.gov
>(202) 514-5405